199 So. 906

**William ARNOLD v. STATE.**

7 Div. 585.

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

194 So. 890

**Sell ASHLEY v. STATE.**

7 Div. 541.

Court of Appeals of Alabama.

Feb. 13, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

195 So. 906

**Sam V. BACON v. GADSDEN, ALA., STAGE EMPLOYES LOCAL NO. 413, I. A. T. S. E. and M. O. P. OF THE UNITED STATES AND CANADA.**

7 Div. 550.

Court of Appeals of Alabama.

April 9, 1940.

David C. Byrd, of Gadsden, for petitioner.

BRICKEN, Presiding Judge.

Writ denied.

196 So. 899

**Olen BAGWELL v. STATE.**

6 Div. 545.

Court of Appeals of Alabama.

May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

199 So. 906

**Douglas BAKER v. STATE.**

4 Div. 617.

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

190 So. 920

**Jim BAKER v. STATE.**

8 Div. 888.

Court of Appeals of Alabama.

June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.